JS-6/ENTER

FILED
SEP 2 8 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BRIAN JOSEPH STOLTIE, | Case No.   EDCV 08-0767-DDP (MLG) |
| Plaintiff, | JUDGMENT |
| v. | |
| ROBERT PRESLEY DETENTION CENTER, et al., | |
| Defendants. | |

IT IS ADJUDGED that this action be dismissed with prejudice.

Dated: September 25, 2009

_____
Dean D. Pregerson
United States District Judge